IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | NO. 08-705 |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 19-4069 |
| | : | |
| FRANCISCO FABIAN, | : | |

## **ORDER**

**AND NOW**, this 3rd day of August, 2022, upon consideration of Defendant's *Pro Se* Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255, and the Government's response thereto, it is hereby **ORDERED** as follows:

1. Defendant's Motion (Docket No. 129) is **DENIED**; and

2. A certificate of appealability shall not issue.

**BY THE COURT:**

 */s/ Jeffrey L. Schmehl*
Jeffrey L. Schmehl, J.